ACCEPTED
03-14-00095-CR
4753609
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/2/2015 4:42:48 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00095-CR

| | | |
|---|---|---|
| **CHARLES VILLAREAL** | § | **IN THE THIRD** |
| **VS.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/2/2015 4:42:48 PM
JEFFREY D. KYLE
Clerk

### THIRD MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 28 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted of aggravated sexual assault of a child on January 15, 2014. Appellant's brief was originally due on June 16, 2014; after filing five motions for extension, Appellant filed his brief with the Court on December 3, 2014. The State's Second Motion to Extend was granted and the State's brief is currently due on April 2, 2015.

### II.

Ms. Chari Kelly is handling this appeal for the State. Ms. Kelly has had several issues and a heavy workload to contend with since she first received Appellant's Brief. *See* First and Second Motions to Extend. Since the filing of the

1

Second Motion to Extend, Ms. Kelly conducted a contested no bond hearing on March 4th. She completed and filed the State's brief in Appellate Cause Number 03-14-000669-CR on March 16, 2015. From March 23rd to 26th, she had a trial involving Aggravated Kidnapping and Aggravated Sexual Assault in CR2014-294. Further, Ms. Kelly has assisted with other issues in the office, including electronically filing briefs and motions during my 10-day vacation. While Ms. Kelly has begun working on the brief, she has not yet had an opportunity to complete it; in light of the foregoing, the State respectfully requests that the Court grant her a 28-day extension to file the Appellee's Brief. This is the third extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 28 days, until April 30, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, assistant district attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *Third Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant CHARLES VILLAREAL's attorney of record in this matter:

Atanacio Campos
atanacio@aol.com
P.O. Box 310859
New Braunfels, TX 78131
Tel: (830) 620-1515
Fax: (830) 620-5334

By electronically sending it through efile.txcourts.gov e-filing service this 2nd day of April, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**